Matter of D'Agostini (2025 NY Slip Op 06580)

Matter of D'Agostini

2025 NY Slip Op 06580

Decided on November 26, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 26, 2025

PM-268-25
[*1]In the Matter of Matteo D'Agostini, an Attorney. (Attorney Registration No. 5411285.)

Calendar Date:November 24, 2025

Before:Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ.

Matteo D'Agostini, Udine, Italy, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Matteo D'Agostini was admitted to practice by this Court in 2016 and lists a business address in Fagagna, Italy with the Office of Court Administration. D'Agostini now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose D'Agostini's application.
Upon reading D'Agostini's affidavit sworn to September 29, 2025 and filed October 15, 2025, and upon reading the November 20, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that D'Agostini is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that Matteo D'Agostini's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Matteo D'Agostini's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Matteo D'Agostini is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and D'Agostini is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Matteo D'Agostini shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.